**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SAMUEL LIT, | |
| Plaintiff, | Case No. 1:18-cv-2061 |
| vs. | Judge: Hon. Robert M. Dow, Jr. |
| | Magistrate: Hon. Jeffrey T. Gilbert |
| ULTA BEAUTY, INC., | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant Ulta Beauty, Inc. ("Ulta") respectfully moves, unopposed, the Court for an order extending Ulta's deadline to answer or otherwise respond to the complaint filed by Plaintiff Samuel Lit ("Lit") in the above-captioned matter by an additional 30 days, up to and including **July 25, 2018**. In support of this motion, Ulta states as follows:

1.      On March 21, 2018 Lit filed a complaint for patent infringement against Ulta. (Dkt. No. 1.)

2.      On April 5, 2018, Lit served the complaint and summons on Ulta, making the initial date by which Ulta needed to answer or otherwise plead April 26, 2018.

3.      On April 19, 2018, the parties filed a joint motion for an extension of time to extend Ulta's response deadline by 60 days so that the parties could engage in preliminary case resolution discussions. *See* Dkt. 8. That motion was granted on April 23, 2018 and the Court reset the corresponding status report and hearing deadlines. *See* Dkt. 10. As a result, Ulta's deadline to answer or otherwise plead is currently June 25, 2018, the parties' joint status report is currently due July 6, 2018, and the initial status hearing is presently set for July 11, 2018.

4.      The parties have continued to engage in preliminary discussions, including

regarding a resolution of the case. In order to complete those discussions, Lit has agreed to grant Ulta an additional 30-day extension (*i.e.*, until July 25, 2018) for Ulta to answer or otherwise respond to the complaint.

5.      Counsel for Ulta has conferred with counsel of record for Lit, who has indicated that Lit agrees to and does not oppose this motion.

6.      Such an extension would allow the parties' preliminary discussions to reach their natural conclusion and hopefully resolve this matter before Ulta is required to respond.

7.      No party will be prejudiced if the requested extension is granted.

8.      The requested extension is being sought in good faith and not for the purpose of delay, and is being sought for the purpose of judicial and party economy.

WHEREFORE, Defendant Ulta Beauty, Inc. respectfully moves, unopposed, the Court for an order extending Ulta's deadline to answer or otherwise respond to the complaint by 30 days, up to and including July 25, 2018.    Ulta also requests that the Court reschedule the upcoming status report and status hearing deadlines (*see* Dkt. 10) accordingly.

Date: June 13, 2018                                         Respectfully Submitted,

                                                            */s/ A. Paul Heeringa*
                                                            **Manatt, Phelps & Phillips, LLP**
                                                            20 N. Clark Street
                                                            Suite 3300
                                                            Chicago, Illinois 60602
                                                            (312) 529-6308
                                                            pheeringa@manatt.com


                                                            *Counsel for Ulta Beauty, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on June 13, 2018, the foregoing document was filed electronically. Notice of this filing will be sent to all relevant parties of record by operation of the Court's electronic filing system through the Court's electronic docket.


*/s/A. Paul Heeringa*
A. Paul Heeringa


320510173.1